United States District Court
Southern District of Texas

**ENTERED**

July 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **HECTOR JOSE CORIANO LEON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-00362** |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, et al.,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal without Prejudice of its claims in this action against Defendants. ECF No. 11. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th of July, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE